U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 25, 2025

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007



Re:   *CBS Broadcasting, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, **1:24-cv-09070-VM**

Dear Judge Marrero:

    This Office represents the United States Department of Justice, Federal Bureau of Investigation (the "Government") in this action brought by plaintiff CBS Broadcasting, Inc. ("Plaintiff") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). This FOIA action seeks records from the Bureau of Alcohol, Tobacco, Firearms, and Explosives regarding records of machinegun ownership. We write jointly with Plaintiff's counsel to respectfully request that the Court relieve the parties of their requirement to submit a Civil Case Management Plan and extend the parties' deadline to submit a joint letter from March 13, 2025 to June 11, 2025. *See* ECF No. 13.

    The parties recently met and conferred to discuss the status of Plaintiff's FOIA requests and intend to further meet and confer. The parties have discussed and agreed upon the appropriate next steps in this action, subject to the Court's approval. The parties respectfully request that they be relieved of the requirement to submit a Civil Case Management Plan. Pursuant to Local Civil Rule 16.1, cases involving reviews from administrative agencies, including FOIA cases like this one, are generally exempted from the mandatory scheduling order requirement. Moreover, courts in this district regularly exempt FOIA cases from scheduling order requirements, *see, e.g.*, *International Refugee Assistance Project, Inc. v. United States Citizenship and Immigration Services, et al.*, No. 23 Civ. 1236, ECF No. 26 (S.D.N.Y. 2023), as FOIA cases typically do not involve discovery and are resolved at summary judgment, *see Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 812 (2d Cir. 1994). The parties additionally seek a 90-day extension to file a joint letter to allow the parties to work towards resolving this matter without the need for Court intervention.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:    /s/ Rachel Kroll
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: Rachel.Kroll@usdoj.gov

---

**Request GRANTED.**

The parties are hereby relieved of filing a Case Management Plan in this action. The parties have until June 11, 2025 to file a joint letter addressing the points listed in the Order at Dkt. No. 13.

**SO ORDERED.**

2/27/2025

DATE        VICTOR MARRERO, U.S.D.J.