

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 10, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2025
```

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:   *CBS Broadcasting, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 24 Civ. 9070 (VM)

Dear Judge Marrero:

      This Office represents the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") in this action brought by plaintiff CBS Broadcasting, Inc. ("Plaintiff") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). This FOIA action seeks records from ATF regarding records of machinegun ownership. We write jointly with Plaintiff's counsel to respectfully request that the Court extend the parties' deadline to submit a joint letter addressing the points listed in the Court's February 11, 2025 order from June 11, 2025 to July 11, 2025. *See* ECF Nos. 13, 14, 15. The parties are continuing to work towards a resolution in this matter without the need for Court intervention and anticipate reaching such a resolution in the next 30 days.

      We thank the Court for its consideration of this request.

```
SO ORDERED.
6/11/2025
DATE       VICTOR MARRERO, U.S.D.J.
```

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Rachel Kroll*
      RACHEL KROLL
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2765
      E-mail: rachel.kroll@usdoj.gov
      *Attorney for Defendant United States of America*

cc: Plaintiff's counsel (via ECF)