

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 9, 2025

**Via ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2025
```

Re: *CBS Broadcasting, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 24 Civ. 9070 (VM)

Dear Judge Marrero:

    This Office represents the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") in this action brought by plaintiff CBS Broadcasting, Inc. ("Plaintiff") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). This FOIA action seeks records from ATF regarding records of machinegun ownership. We write jointly with Plaintiff's counsel to respectfully request that the Court extend the parties' deadline to submit a joint letter addressing the points listed in the Court's February 11, 2025 order from July 11, 2025, to August 10, 2025. *See* ECF Nos. 13, 18. The parties are continuing to work towards a resolution in this matter without the need for Court intervention. The parties have an agreement in principle and anticipate filing a stipulation and proposed order resolving this case in the next 30 days.

    We thank the Court for its consideration of this request.



Request GRANTED.
The deadline to submit a joint letter is hereby extended to August 10, 2025.

SO ORDERED.
7/10/2025
DATE — VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Rachel Kroll*
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for Defendant United States of America*

cc: Plaintiff's counsel (via ECF)