**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CBS BROADCASTING INC.,

Plaintiff,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

Defendant.

No. 24 Civ. 9070 (VM)

**AMENDED STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 11/17/2026

WHEREAS, Plaintiff CBS Broadcasting Inc. ("Plaintiff") filed the above-captioned suit pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the release of certain records by Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("Defendant");

WHEREAS, Defendant released certain records to Plaintiff in response to the FOIA requests at issue in this lawsuit, subject to certain applicable exemptions; and

WHEREAS, on June 29, 2025, the Court so-ordered the parties' stipulation to resolve Plaintiff's claim for litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

WHEREAS, the parties now wish to resolve this case without the payment of Plaintiff's litigation costs, under the terms and subject to the conditions set forth in this Amended Stipulation and Order;

IT IS HEREBY STIPULATED, AGREED, and ORDERED as follows:

1. The documents produced by Defendant in this action fully resolve the present claims by Plaintiff against Defendant or the United States of America (the "United States"), or

any department, agency, officer, or employee of Defendant and/or the United States, arising out of the FOIA requests at issue in this action: ATF request numbers 2024-01397, 2025-50028, and 2025-50030.

2. This Amended Stipulation and Order supersedes any obligations under the June 29, 2025 order. After the Court has approved and docketed this Amended Stipulation and Order, Defendant shall no longer owe Plaintiff any costs or fees in connection with this suit.

3. Plaintiff hereby fully and forever releases and discharges Defendant, the United States, and their present or former officers, employees, successors, and agents, in their official and individual capacities, from any and all rights or claims arising from the allegations in the Complaint filed in this action.

4. This action is hereby dismissed with prejudice, and without costs or fees, provided that the Court shall retain jurisdiction for the purpose of enforcing this Amended Stipulation and Order.

5. This Amended Stipulation and Order shall not constitute an admission of liability or fault on the part of Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. The parties agree that this Amended Stipulation and Order is non-precedential with respect to any other proceeding against Defendant, the United States, or any agency or instrumentality of the United States.

7. Nothing in this Amended Stipulation and Order affects, or shall be construed to affect, the rights of Plaintiff to pursue further release of information or documents through future FOIA requests.

8. The parties understand and agree that this Amended Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: November 13, 2026
New York, New York

BALLARD SPAHR LLP

By: ______________________
JACQELYN N. SCHELL
1675 Broadway, 19th Floor
New York, NY 10019
Tel. (646) 346-8048
Email: schellj@ballardspahr.com

*Counsel for Plaintiff*

Dated: November 13, 2026
New York, New York

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______________________
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. (212) 637-2765
Email: rachel.kroll@usdoj.gov

*Counsel for Defendant*

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

______________________
HON. VICTOR MARRERO
United States District Judge